UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANDRADE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.   1:22-cv-00861-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF<br><br>(ECF No. 18) |

    This matter is before the Court on Plaintiff's motion for a 10-day extension to May 12, 2023, to file a reply brief. As grounds, Plaintiff states that, "[f]or the weeks of May 1, 2023 and May 8, 2023, Counsel currently has 9 merit briefs." Further, Plaintiff states that "Plaintiff was unable to ascertain Defendant's position on Plaintiff's extension request."

    Upon review, IT IS ORDERED that Plaintiff's motion (ECF No. 18) is granted and Plaintiff shall file any reply brief by no later than May 12, 2023.[1]

IT IS SO ORDERED.

    Dated:   **May 3, 2023**     /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In the future, Plaintiff's counsel is directed to exercise best efforts to obtain Defendant's position on extension requests before filing a motion, and if unsuccessful, counsel shall explain in the motion the efforts used to ascertain Defendant's position.

1